UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| WINDY HEATH, | ) |
| *Plaintiff,* | ) |
| | ) Case No. 3:17-cv-366 |
| v. | ) |
| | ) Judge Mattice |
| VIRGINIA COLLEGE, LLC, and | ) Magistrate Judge Poplin |
| CHRISTINE ADAMS, in her capacity | ) |
| as Academic Dean, | ) |
| *Defendants,* | ) |

## JUDGMENT

This case came before the Court on the Motion to Compel Arbitration and to Dismiss or Stay Action (Doc. 7), filed by Defendant Virginia College, LLC. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted the motion,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED**.

Dated at *Chattanooga, Tennessee*, this 25th day of September, 2018.

                                                                       /s/ *John Medearis*
                                                                         John Medearis
                                                                        CLERK OF COURT